UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,    :    02-Cr-1444 (SHS)

   -v-    :

ANDREW LANG,    :

   Defendant.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the government is directed to respond to defendant's pro se motion for a reduction of sentence under the First Step Act of 2018 [Doc. No. 90], and his pro se motion for compassionate release [Doc. No. 94] on or before January 24, 2022.

Dated: New York, New York
       January 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.