UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 02-cr-1444 (SHS) |
| -v- | : | <u>ORDER</u> |
| ANDREW LANG, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

    Defendant having filed a motion for reduction of sentence on June 21, 2024 [Doc. No. 105];

    IT IS HEREBY ORDERED that within 30 days of the date of this Order, the government shall respond to defendant's motion. The Clerk of Court is directed to send a copy of this Order to Andrew Lang [54412-054], FCI Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640.

Dated: New York, New York
         August 8, 2024

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.