

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2024

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Andrew Lang*, 02 Cr. 1444 (SHS)

Dear Judge Stein,

    The Government writes to request a two-week extension to respond to the defendant's motion for a sentence reduction (dkt. no. 105). The Government's opposition is currently due by September 9, 2024. This is the Government's first request for an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:    Camille L. Fletcher
       Camille L. Fletcher
       Assistant United States Attorney
       Southern District of New York
       (212) 637-2383

The government shall respond to defendant's motion on or before September 23, 2024.

Dated: New York, New York
       August 28, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.