UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,          :          02-Cr-1444 (SHS)

        -v-                                               :

ANDREW LANG,                                   :

        Defendant.                         :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of defendant's letter filed on October 23, 2024 [Doc. No. 111].

    IT IS HEREBY ORDERED that the last day for defendant to reply to the government's opposition is extended to December 11, 2024.

Dated: New York, New York
       October 24, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.