UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,      :      02-cr-1444 (SHS)

     -v-               :      <u>ORDER</u>

ANDREW LANG,           :

          Defendant.    :

-------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

      Defendant having filed a "Renewed Motion for Reduction of Sentence Pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i) (Compassionate Release)" on June 15, 2026 [Doc. No. 115];

      IT IS HEREBY ORDERED that the government shall respond to defendant's motion on or before August 7, 2026. The Clerk of Court is directed to send a copy of this Order to Andrew Lang [54412-054], FCI Fort Dix, P.O. Box 2000, Joint Base MDL, NJ 08640.

Dated: New York, New York
      June 22, 2026

                   SO ORDERED:

                   _____
                   Sidney H. Stein, U.S.D.J.