UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANDREW LANG,<br>Defendant. | 02-cr-1444 (SHS)<br><u>ORDER</u> |

SIDNEY H. STEIN, U.S. District Judge.

The Court today has received a package of BOP medical records from defendant, which the Court construes as defendant's reply in support of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(a), along with letters from defendant's family. The BOP medical record from an encounter on October 1, 2026 states "[h]ematology consult on 10/1/26 newly diagnosed with Light Chain Myeloma and is going to need chemotherapy." The Government is directed to obtain from the BOP within 45 days of the date of this Order a statement setting forth what that notation means, what course of treatment has been initiated, and what defendant's prognosis is, including whether the diagnosis has any impact on defendant's projected life span. The Government is also ordered to submit at the same time a letter indicating how, if at all, the diagnosis affects defendant's pending motion for compassionate release.

The Clerk of Court is directed to mail a copy of this Order to Andrew Lang [54412-054] at FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640

Dated: New York, New York
October 9, 2025

SO ORDERED:

Sidney H. Stein

Sidney H. Stein, U.S.D.J.