**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 23, 2026

**BY ECF**

**MEMO ENDORSED**

Honorable Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Andrew Lang*, 02 Cr. 1444 (SHS)**

Dear Judge Stein,

The Government writes to respectfully request a 30-day extension of time to respond to the Court's October 9, 2026 Order directing the Government to obtain from the BOP a statement setting forth what the notation "[h]ematology consult on 10/1/26 newly diagnosed with Light Chain Myeloma and is going to need chemotherapy" means, and "what course of treatment has been initiated, and what defendant's prognosis is, including whether the diagnosis has any impact on defendant's projected life span." (Dkt. No. 127).

The Government has been in communication with the BOP and has obtained the defendant's updated medical records. A review of those records reflects that the defendant has been receiving medication and chemotherapy to treat his Light Chain Myeloma diagnosis. However, additional time is necessary to obtain a statement from the BOP medical staff specifically addressing the Court's remaining questions regarding the defendant's prognosis and whether the diagnosis is expected to affect the defendant's life span.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

Cc: Andrew Lang
Reg. No. 54412-054
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640
(By U.S. Mail)

**The government's time to respond to the Court's October 9, 2026, Order is extended to December 23, 2026.**

**Dated: New York, New York**
**November 23, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**